TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Sara Bowerman

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| Sara Bowerman,<br><br>       Plaintiffs,<br><br>vs.<br><br>International Collection Agency, LLC; and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.: 2:14-cv-02452-MCE-CKD<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

ORDER

The Court, having reviewed the parties' Joint Motion to Extend Time for Plaintiff to Respond to Defendant's Motion to Dismiss, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's deadline to file a Response to Defendant's Motion to Dismiss is extended by two weeks, up to and including January 16, 2015.

**IT IS HEREBY FURTHER ORDERED** that the hearing date on Defendant's Motion to Dismiss is continued to February 19, 2015, at 2:00 p.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT