1 TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
2 Phoenix, AZ 85028
3 Telephone: (480) 247-9644
Facsimile: (480) 717-4781
4 E-mail: tkent@lemberglaw.com
5

6 Of Counsel to
Lemberg Law, LLC
7 A Connecticut Law Firm
8 1100 Summer Street
Stamford, CT 06905
9 Telephone: (480) 247-9644
10 Facsimile: (203) 653-3424

11 Attorneys for Plaintiff,
Sara Bowerman
12

13
14
15
16 UNITED STATES DISTRICT COURT
17 EASTERN DISTRICT OF CALIFORNIA
18
19
20 SARA BOWERMAN,                              Case No.: 2:14-cv-02452-MCE-CKD
21        Plaintiff,                          **ORDER DISMISSING ACTION**
22    vs.
23
INTERNATIONAL COLLECTION
24 AGENCY, LLC.; and DOES 1-10,
inclusive,
25
26        Defendants.
27
28

Based on the Stipulation of counsel (ECF No. 25), the case is DISMISSED with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT